UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WILLIAM HARRELL<br><br>PLAINTIFF,<br><br>V.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>DEFENDANTS. | Case No.: 8:25-cv-01094 |

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff William Harrell and Defendant Equifax Information Services LLC ("Equifax") and file their Notice of Settlement and would respectfully show the Court as follows:

1. On March 5, 2025, Plaintiff and Defendant Equifax Information Services LLC ("Equifax") reached an agreement to settle and compromise their differences in the lawsuit above.

2. The parties are in the process of executing the settlement documents and expect to dismiss Defendant Equifax Information Services LLC with prejudice with each party to bear its own costs and attorney's fees.

3. All remaining claims against other parties shall continue to be pending.

Respectfully submitted,

*/s/ Matthew R. McCarley*
Matthew R. McCarley
mccarley@foresterhaynie.com

**FORESTER HAYNIE, PLLC**
11300 N. Central Expressway, Ste. 550
Dallas, Texas 75243
Telephone: (214) 210–2100

**ATTORNEY FOR THE PLAINTIFF**

*By: /s/ Brian J. Holland*
Brian J. Holland, Esq.
FBN: 1002252
*Local Counsel for Plaintiff*

**LAW OFFICE OF BRIAN HOLLAND, P.A.**
300 SW 1st Avenue
Suite 155
Fort Lauderdale, FL 33301
Tel: 954-283-4864
Holland@brianhollandlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served upon Defendant's representative via email as set forth below on this 12th day of May 2025.

Equifax Information Services LLC ("Equifax")
Paige Vacante
Seyfarth Shaw LLP
pvacante@seyfarth.com

*/s/Matthew R. McCarley*